[Nos. 23180–4–I; 23262–2–I. Division One. April 23, 1990.]

JOHN NOWAK, *as Personal Representative and as Guardian, Respondent,* v. THE CITY OF SEATTLE, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 87–2–07761–6, Charles S. Burdell, Jr., J., entered October 3, 1988. *Reversed* by unpublished opinion per Swanson, J., concurred in by Coleman, C.J., and Grosse, J.

[No. 22684–3–I. Division One. April 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SHERMAN E. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–00998–4, Sharon S. Armstrong, J., entered August 1, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster and Forrest, JJ.

[No. 25130–9–I. Division One. April 23, 1990.]

JUDY ROGERS, *as Personal Representative,* ET AL, *Appellants,* v. DOUGLAS T. COUSINS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–2–04927–2, Joseph A. Thibodeau, J., entered April 12, 1989. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Webster, JJ.